```
BENJAMIN B. WAGNER
United States Attorney
NICHOLAS M. FOGG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JONH C. SLAVEN,<br><br>    Defendant. | 2:13-MJ-00112-CKD<br><br>Order Continuing Bench Trial<br><br><br>DATE:  July 8, 2013<br>TIME:  9:30 a.m.<br>JUDGE: Carolyn K. Delaney |

It is hereby ordered that the Bench Trial set for June 17, 2013 is CONTINUED to July 8, 2013 at 9:30 a.m.

IT IS SO ORDERED.

Dated: May 30, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE