```
BENJAMIN B. WAGNER
United States Attorney
CRYSTAL K. FULFER
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> JOHN C. SLAVEN, ) <br> ) <br> Defendant. ) <br> ) | 2:13-MJ-00112-CKD <br><br> [~~PROPOSED~~] ORDER TO DISMISS <br> THE INFORMATION |

It is hereby ordered that the Information in Case Number 2:13-MJ-00112-CKD is dismissed without prejudice.

IT IS SO ORDERED.

Dated:  March 25, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE